Docusign Envelope ID: EA27D434-A78D-43BC-BB4F-16CE27631D4A

United States Courts
Southern District of Texas
FILED

AUG 2 7 2024

Nathan Ochsner, Clerk of Court

Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of Texas (State)
Case number (If known): ______ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

**Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).**

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☒ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Refreshing USA, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

EIN __ __ - __ __ __ __ __ __ __

**5. Debtor's address**

**Principal place of business**

2732 Grand Ave Ste 122
Number Street

Everett WA 98201
City State ZIP Code

Snohomish
County

**Mailing address, if different**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Multiple locations in Texas
Number Street

City State ZIP Code

Docusign Envelope ID: EA27D434-A78D-43BC-BB4F-16CE27631D4A

Debtor Refreshing USA, LLC
Name
Case number (if known)

**6. Debtor's website** (URL)

**7. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify:

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the types of business listed.
☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☐ No
☒ Yes. Debtor Creative Technologies, LLC Relationship
District Southern Date filed 08/27/2024 (MM / DD / YYYY) Case number, if known

Debtor Water Station Management LLC Relationship
District Southern Date filed 08/27/2024 (MM / DD / YYYY) Case number, if known

## Part 3: Report About the Case

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Docusign Envelope ID: EA27D434-A78D-43BC-BB4F-16CE27631D4A

Debtor Refreshing USA, LLC
Name

Case number (if known)

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Donald E. and Bonnie L. Gray Revocable Living Trust | Business Loan: Principle and Interest Accrued | $ 854,300.00 |
| Tyler Hellman | Wages | $ 21,432.00 |
| Annamaria Briggs | Wages | $ 3,417.00 |
| | Total of petitioners' claims | $ 879,149.00 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Donald E. and Bonnie L. Gray Revocable Living Trust
Name

23233 N. Pima Rd., Ste. 113-367
Number Street

Scottsdale AZ 85255
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Don Gray
Name

23233 N. Pima Rd., Ste. 113-367
Number Street

Scottsdale AZ 85255
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/27/2024
MM / DD / YYYY

Signed by:
✗ Don Gray
B70871BB9F3C402...
Signature of petitioner or representative, including representative's title

**Attorneys**

Ericka F. Johnson
Printed name

Bayard, P.A.
Firm name, if any

600 North King Street, Suite 400
Number Street

Wilmington DE 19801
City State ZIP Code

Contact phone 302-429-4275 Email ejohnson@bayardlaw.com

Bar number 5024

State Delaware

✗ Ericka Johnson
Signature of attorney

Date signed 08/27/2024
MM / DD / YYYY

Docusign Envelope ID: EA27D434-A78D-43BC-BB4F-16CE27631D4A

Debtor Refreshing USA, LLC
Name

Case number (if known)

**Name and mailing address of petitioner**

Tyler Heilman
Name

2603 Burley Drive
Number Street

Everett WA 98208
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/27/2024
MM / DD / YYYY

Signed by:
EFECE0C04EFE416...
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone Email

Bar number

State

Signature of attorney

Date signed
MM / DD / YYYY

**Name and mailing address of petitioner**

Annamarie Briggs
Name

8100 242nd St. SW Unit A
Number Street

Edmonds WA 98026
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/27/2024
MM / DD / YYYY

Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone Email

Bar number

State

Signature of attorney

Date signed
MM / DD / YYYY

Debtor Refreshing USA, LLC
Name

Case number (if known)

**Name and mailing address of petitioner**

Tyler Heilman
Name

2603 Burley Drive
Number Street

Everett WA 98208
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/27/2024
MM / DD / YYYY

Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone Email

Bar number

State

Signature of attorney

Date signed
MM / DD / YYYY

**Name and mailing address of petitioner**

Annamarie Briggs
Name

8100 242nd St. SW Unit A
Number Street

Edmonds WA 98026
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/27/2024
MM / DD / YYYY

Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone Email

Bar number

State

Signature of attorney

Date signed
MM / DD / YYYY

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In re:<br><br>REFRESHING USA, LLC<br><br>Alleged Debtor. | Chapter 11<br><br>Case No.: |

**SUMMONS TO DEBTOR IN INVOLUNTARY CASE**

To the above-named debtor:

A petition under title 11, United States Code was filed against you on August 27, 2024 in this Bankruptcy Court, requesting an order for relief under Chapter 11 of the Bankruptcy Code (title 11 of the United States Code.)

YOU ARE SUMMONED and required to submit to the Clerk of the Bankruptcy Court, a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

| Address of Clerk: | |
|---|---|
| | Bob Casey United States Courthouse<br>515 Rusk Avenue<br>Houston, TX 77002 |

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

Name and Address of Petitioners' Attorneys:

**Donald E. and Bonnie L. Gray Revocable Living Trust**
Ericka F. Johnson (Del. Bar No. 5024)
Steven D. Adler (Del. Bar No. 6257)
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Email: ejohnson@bayardlaw.com
sadler@bayardlaw.com

**Tyler Heilman**
2603 Burley Drive
Everett, WA 98208

| **Annamaria Briggs**<br>8100 242nd St. SW Unit A<br>Edmonds, WA 98206 |
|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

________________________________
Clerk of the Bankruptcy Court

Date:________ By: ________________________________ (Deputy Clerk)